# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Armando Andujo-Acosta,<br>A039 109 661<br>*Defendant* | Case No. 17-9492 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 30, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Armando Andujo-Acosta, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about July 25, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2017

*Judge's signature*

Eileen Willett
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 30, 2017, Border Patrol Agent R. Lafollette encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Armando Andujo-Acosta, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Andujo-Acosta was transported to the Casa Grande Border Patrol Station for further processing. Andujo-Acosta was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Armando Andujo-Acosta to be a citizen of Mexico and a previously deported criminal alien. Andujo-Acosta was removed from the United States to Mexico, at or near San Ysidro, California, on or about July 25, 2017, pursuant to a removal order issued by an immigration official. There is no record of Armando Andujo-Acosta in any Department of Homeland Security database

to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Andujo-Acostas' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Armando Andujo-Acosta was convicted of Attempted Re-entry of Removed Alien, a felony offense, on February 6, 2017, in the United States District Court, Southern District of California. Andujo-Acosta was sentenced to twelve (12) months and one (1) day of imprisonment and one (1) year of supervised release. Andujo-Acosta's criminal history was matched to him by electronic fingerprint comparison.

5. On October 31, 2017, Armando Andujo-Acosta was advised of his constitutional rights. Andujo-Acosta freely and willingly acknowledged his rights and agreed to provide a statement under oath. Andujo-Acosta stated that his true and complete name is Armando Andujo-Acosta and that he is a citizen of Mexico and no other country. Andujo-Acosta stated that he illegally entered the United States at or near San Ysidro, California, on or about July 31, 2017, at around 1:00 PM, without inspection by an immigration officer. Andujo-Acosta further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 30, 2017, Armando Andujo-Acosta, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 25, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and enhanced by (b)(1).

_____
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me
This 31st day of October, 2017.

_____
Eileen S. Willett
United States Magistrate Judge